No. 00-7563.  MONGE VILLALTA *v.* DALY.  C. A. 9th Cir.  Certiorari denied.

No. 00-7564.  STEPHENS *v.* TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00-7566.  WINNINGHAM *v.* JONES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 00-7567.  WYRE *v.* SCHNEWEISS ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 00-7574.  VELEZ *v.* LINDSEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00-7577.  SIEGEL *v.* COLUMBIA/PENTAGON CITY NATIONAL ORTHOPEDIC HOSPITAL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00-7578.  SIEGEL *v.* COLUMBIA/HCA HEALTHCARE CORP. ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 00-7579.  SMITH *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 00-7580.  RICHARDSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00-7581.  SPANGLER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00-7582.  SHADDEN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00-7583.  SWIFT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00-7586.  SWIFT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00-7588.  YATES *v.* TADLOCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00-7589.  WILSON *v.* OKLAHOMA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 10th Cir.  Certiorari denied.